**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**HY CITE CORPORATION,**

          **Plaintiff,**

    **v.**

**PABLO OLIVO ROSALES and JOHN DOE,**

          **Defendants.**

                     No. 09 CV 3432 (N.D. Ill.)

**MEMORANDUM OF JUDGMENT**

On August 3, 2009, judgment was entered in this Court in favor or Plaintiff, Hy Cite

Corporation and against Defendant Pablo Olivo Rosales whose address is 2245 South Central

Avenue, Cicero, Illinois 60804-2744 in the amount of $17,749.35.

          8/5/2009                             Judge Elaine Bucklo

Christopher R. Parker
Attorney for Plaintiff Hy Cite Corporation
180 N. Stetson Ave., Suite 2000
Chicago, Illinois  60601
crparker@michaelbest.com
Phone: (312) 222-0800
Facsimile: (312) 222-0818